Joseph Lavi, Esq. (SBN 209776)
Email: jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
Email: vgranberry@lelawfirm.com
Pooja V. Patel, Esq. (SBN 317891)
Email: ppatel@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff Christian Hernandez
on behalf of himself and others similarly situated

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN HERNANDEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROCTER & GAMBLE DISTRIBUTING, LLC; SCHENKER, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00921-FMO-SP<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>CLASS ACTION |

JOINT NOTICE OF SETTLEMENT
**1**

1  James P. Carter, Esq. (SBN 150052)
2  Email: James.Carter@jacksonlewis.com
   Jina Lee, Esq. (SBN 288002)
3  Email: Jina.Lee@jacksonlewis.com
4  **JACKSON LEWIS P.C.**
   200 Spectrum Center Drive, Suite 500
5  Irvine, CA 92618

6
7  Attorneys for Defendant
   PROCTER & GAMBLE DISTRIBUTING, LLC

Plaintiff CHRISTIAN HERNANDEZ ("Plaintiff") and Defendant PROCTER & GAMBLE DISTRIBUTING, LLC ("P&G), (collectively "Defendants") (Plaintiff and Defendants collectively, the "Parties") by and through their respective counsel of record, hereby jointly submit the following Joint Notice of Settlement:

WHEREAS, the Parties mediated this matter on March 30, 2022, with Judge Carl West with the related matters: *Zubia v. Procter & Gamble Distributing, LLC,* Los Angeles Superior Court, Case No. 20STCV44506 and *Ganal v. Procter & Gamble Distrbuting, LLC,* Riverside County Superior Court, Case No. CVRI2102272.

WHEREAS, the mediation did not result in a settlement; however the settlement discussions continued;

WHEREAS, subsequently the Parties reached a preliminary settlement and are in the process of drafting a Memorandum of Understanding.

Dated: December 1, 2022

Respectfully submitted,
**LAVI & EBRAHIMIAN, LLP**
*/s/ Pooja V Patel*
Joseph Lavi, Esq.
Vincent C. Granberry, Esq.
Pooja V. Patel, Esq.
Sahag Majarian II, Esq
Attorneys for Plaintiff CHRISTIAN HERNANDEZ, on behalf of themselves and others similarly situated

Dated: December 1, 2022

Respectfully submitted,
**JACKSON LEWIS P.C.**
*/s/ Jina Lee*
James P. Carter, Esq.
Jina Lee, Esq.
Attorneys for Defendant PROCTER & GAMBLE DISTRIBUTING, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jina Lee, counsel for Defendant PROCTER & GAMBLE DISTRIBUTING, LLC, and that I obtained, on December 1, 2022, her authorization to affix her electronic signature to this document.

Dated: December 1, 2022          **LAVI & EBRAHIMIAN, LLP**

                                       */s/ Pooja V Patel*
                                       Pooja V. Patel, Esq.