JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN HERNANDEZ, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PROCTER & GAMBLE DISTRIBUTING, LLC, et al., <br><br> Defendants. | Case No. ED CV 21-0921 FMO (SPx) <br><br><br> **JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 30th day of May, 2023.

/s/
Fernando M. Olguin
United States District Judge